IN THE COURT OF CRIMINAL APPEALS

OF TEXAS

NO.PD-0179-15

JOSE GONZALES III,

        Appellant,

v.

THE STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 29 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JUN 29 2015

Abel Acosta, Clerk

APPELLANT'S MOTION FOR EXTENSION OF TIME

Comes Now Jose Gonzales III, hereinstyled, Appellant, files this motion for extension of time in the above-mentioned and entitled Cause. Appellant was order on June 17, 2015 to resumbit his Petition because the petition exceeds the proper length, 9.4(i)(2)(D). Appellant needs an additional 60 days to prepare and resubmit petition for the complexites of the issues presented for review.

() Granted () Denied

signed this    23 Day of June 2015

_____
    Judge Presiding

                    Respectfully submitted,

                    By:_____

                    Pro/se  Jose Gonzales III
                            #1832029

                    James V. Allred Unit
                    2101 FM 369 N.

                    Iowa Park, Texas 76367

1.